**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In Re:<br>HARGUS T RICE DECEASED<br>JEAN A RICE<br>210 CEDAR ST LOT 251<br>PATASKALA, OH  43062 | Case No:    04-56909<br><br>Judge:    CHARLES M. CALDWELL |

JEAN A RICE
210 CEDAR ST LOT 251
PATASKALA, OH  43062

SSN(S):    XXX-XX-3157
                XXX-XX-1227

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.


Dated:  April 20, 2010            /s/ Frank M. Pees
                                                Frank M. Pees
                                                Chapter 13 Trustee


| **Name and Address** | **Amount** |
|---|---|
| JEAN A RICE<br>210 CEDAR ST LOT 251<br>PATASKALA, OH  43062 | 5.29 |